**Opinion issued May 9, 2017**



In The

# Court of Appeals

For The

# First District of Texas

————————————

**NO. 01-16-00989-CV**

————————————

## IN THE INTEREST OF D. J. B., D. G., D. G., D. G. AND D. L.

---

**On Appeal from the 309th District Court**
**Harris County, Texas**
**Trial Court Case No. 2015-26726**

---

## MEMORANDUM OPINION

This is a parental termination case. The mother appeals the trial court's order terminating her parental rights to her five children. The mother's court-appointed attorney has filed a motion to withdraw, along with an *Anders* brief, asserting that the appeal is without merit and that there are no arguable grounds for reversal. *See Anders v. California*, 386 U.S. 738, 87 S. Ct. 1396 (1967). The procedures set forth

in *Anders* are applicable to an appeal from the termination of parental rights when the appointed attorney concludes that there are no non-frivolous issues to assert on appeal. *See In re K.D.*, 127 S.W.3d 66, 67 (Tex. App.—Houston [1st Dist.] 2003, no pet.). We affirm the trial court's judgment and grant counsel's motion to withdraw.

An attorney has an ethical obligation to refuse to prosecute a frivolous appeal. *In re Schulman*, 252 S.W.3d 403, 407 (Tex. Crim. App. 2008). If counsel determines the case is wholly frivolous, the attorney is obligated to move to withdraw. *Id.* Counsel's obligation to the appellate court is to assure, through an appellate brief, that a complete review of the record supports the request to withdraw. *Id.* Here, counsel certified she informed the mother of her right to examine the record and to file a response. *See id.* at 408. Although the mother requested and was provided a copy of the record, no response was received.

Counsel's brief meets the minimum *Anders* requirements by presenting a professional evaluation of the record and stating why no arguable grounds for reversal exist. *See Anders*, 386 U.S. at 744, 87 S. Ct. at 1400. We have independently reviewed the entire record and counsel's *Anders* brief. *See In re K.D.*, 127 S.W.3d at 67. We agree with counsel's assessment that the appeal is frivolous and without merit.

Accordingly, we affirm the judgment of the trial court and grant counsel's motion to withdraw.[1] Attorney, Alison J. Meyers, must immediately send the notice required by Texas Rule of Appellate Procedure 6.5(c) and file a copy of the notice with the Clerk of this Court. *See* TEX. R. APP. P. 6.5(c). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Brown and Lloyd.

---

[1] Appointed counsel still has a duty to inform appellant of the result of this appeal and notify appellant that she may, on her own, pursue a petition for review in the Supreme Court of Texas. *See In re K.D.*, 127 S.W.3d 66, 68 n.3 (Tex. App.— Houston [1st Dist.] 2003, no pet.).